

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.,** a Washington corporation, | Case No.: SACV 10-708 JVS (ANx) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| **SWITCH VISION SYSTEMS, LLC**, a New Jersey limited liability company, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned matters, Oakley, Inc. and Switch Vision Systems, LLC:

1. Pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), all claims and counterclaims asserted in Case No. SACV 10-708 JVS(ANx) are hereby dismissed with prejudice.

1

2. Each party shall bear its own costs and expenses.

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

That all claims, counterclaims and defenses of Oakley, Inc. and Switch Vision Systems, LLC are dismissed with prejudice.

DATED:      December 22, 2010

_____
U.S. DISTRICT COURT JUDGE

ORDER FOR DISMISSAL